**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **ACORN MEDIA GROUP, INC.** | * | |
| vs. | * | **Case No. 8:11-cv-02734-RWT** |
| **LAWRENCE MAGEN, et al.** | * | |
| | ****** | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for: Acorn Media Group, Inc.

I certify that I am admitted to practice in this court.

10/13/11
*Date*

/s/
*Signature of Counsel*

P. Andrew Torrez          27268
*Print Name*              *Bar Number*

Zuckerman Spaeder LLP
*Firm Name*

100 East Pratt Street, Suite 2440
*Address*

Baltimore, Maryland 21202
*City/State/Zip*

(410) 332-0444
*Phone No.*

(410) 659-0436
*Fax No.*

atorrez@zuckerman.com
*Email Address*