IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| ACORN MEDIA GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAWRENCE MAGEN and )<br>ACORN TV LLC, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 8:11-cv-02734-RWT |

### ORDER STAYING PROCEEDINGS

On the joint motion filed by all parties to this action, it is this 7th day of December, 2011, by the United States District Court for the District of Maryland,

ORDERED that all proceedings in this action be, and are hereby STAYED pending a ruling on Acorn Media Group, Inc.'s Motion to Confirm Arbitration Award by the United States District Court for the District of Minnesota in *Magen v. Acorn Media Group, Inc.*, No. 11-CV-02719-MJD-FLN (D. Minn.); and

IT IS FURTHER ORDERED that parties confer and submit a status report to this Court within fifteen (15) days of the decision of the United States District Court for the District of Minnesota.

SO ORDERED.

_____
United States District Judge

3484567.1